___ FILED     ___ ENTERED
___ LODGED    ___ RECEIVED

SEP 20 2005

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GEORGE EARL BYRD, JR.,

    Plaintiff,

v.

KING COUNTY, et al.,

    Defendants.

CASE NO. C04-1646-MJP-MJB

ORDER DISMISSING § 1983 ACTION

The Court, having reviewed defendants' motions for summary judgment, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby ORDER:

(1) The Court **adopts** the Report and Recommendation.

(2) Defendants' motions for summary judgment (Doc. #35, #38) are GRANTED.

(3) The complaint and this § 1983 action are DISMISSED with prejudice. This dismissal shall count as a dismissal under 28 U.S.C. § 1915(g).

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to Judge Benton.

DATED this 20 day of Sept , 2005.

/s/ Marsha J. Pechman
MARSHA J. PECHMAN
United States District Judge

04-CV-01646-ORD

ORDER DISMISSING § 1983 ACTION